UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>$22,000.00 IN U.S. CURRENCY, AND ANY ACCRUED INTEREST,<br><br>  Defendant. | CASE NO. CV17-998-TSZ<br><br>**DEFAULT JUDGMENT OF FORFEITURE** |

THIS MATTER came before the Court on the United States' Request for Entry of a Default Judgment of Forfeiture ("Request"). *See* Dkt. No. 8. Having reviewed the Request, as well as the other pleadings and papers filed in this matter, the Court FINDS a Default Judgment of Forfeiture is appropriately entered because:

- The United States properly served, by direct notice and publication, all potential claimants to the above-captioned $22,000.00 and any accrued interest ("the Defendant Currency") (Declaration of AUSA Michelle Jensen in Support of Request for Entry of Default, Dkt. No. 6-1);

- No one has filed a claim to the Defendant Currency or otherwise appeared in this case; and,

Default Judgment of Forfeiture - 1
*U.S. v. $22,000.00*, CV17-998-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On October 24, 2017, the Clerk of Court entered default against the Defendant Currency (Order of Default, Dkt. No. 7).

NOW, THEREFORE, THE COURT ENTERS a Default Judgment of Forfeiture, as follows:

1. The Defendant Currency is fully and finally forfeited, in its entirety, to the United States pursuant to 21 U.S.C. § 881(a)(6); hereafter, no right, title, or interest in the Defendant Currency shall exist in any other party; and,

2. The United States Marshals Service, and/or its agents and representatives, shall dispose of the Defendant Currency as permitted by governing law.

DATED this 21st day of November, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

 /s Michelle Jensen
MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Default Judgment of Forfeiture - 2
*U.S. v. $22,000.00*, CV17-998-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970